

# THE ATTORNEY GENERAL
## OF TEXAS

**Gerald C. Mann**

ATTORNEY GENERAL

AUSTIN 11, TEXAS

January 9, 1939

Hon. Pierre M. Stine
County Attorney
Clay County
Henrietta, Texas

Dear Sir:

Opinion No. O-26
Re: Requirements of Petition,
Article 2786, RCS - Rate
of Interest

This will acknowledge receipt of your letter
of January 2nd in which you ask the following question:

"In a petition for a bond election
of an Independent School District, is it
permissible to state that the bonds to
be voted would bear interest 'not ex-
ceeding Five percent' or 'not exceeding
Four percent'?"

I have viewed the authorities which you have
cited and in the case of Brown vs. Truscott, Independent
School District, it appears that the Court does not pass
on the particular question there involved and as pre-
sented here. Prior to the time the case was viewed by
the Commission of Appeals, Section A, in 1931, the
Legislature had passed an act validating the particular
district and its acts, which district was previously
in operation.

It is interesting to note the old Article
2858 and Section 14a of the Act of 1921, Chapter 24
was involved in the Bloodworth vs. Rhea et al case
380 SW 1070 and at that time the old statute provided
that the rate of interest must be stated, whereas, in
our present statute, Article 2786, the words, "distinct-
ly specify" are used in the place of the word, "state"
as in the prior Act. Giving the words their ordinary
meaning, I am constrained to advise you that the rate
of interest should, in my opinion, be specifically
stated in the petition required under Article 2786,
and intended to be so read. However, since the Acts
of 1929 and Article 2786 as amending the Act of 1921,
Section 14a, Chapter 24, has been in effect, it appears
this department has established a precedent for approv-
ing bonds issued under this Article where the petition
reads such as you state in your question, other require-
ments and acts being regular, and it is not my purpose
to overthrow any adopted construction of similar import

placed upon our laws heretofore.

Yours respectfully

ATTORNEY GENERAL OF TEXAS

By /s/ Wm. J. R. King
Wm. J. R. King
Assistant

WK:AW:jrb

APPROVED:
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS